# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case Nos.: 1:18-cv-00158-LY<br>1:18-cv-00159-LY<br>1:18-cv-00161-LY<br>1:18-cv-00163-LY<br>1:18-cv-00164-LY<br>1:18-cv-00166-LY<br>1:18-cv-00293-LY |

## **PLAINTIFFS' OPPOSED MOTION FOR AN INTERIM PROTECTIVE ORDER**

Uniloc moves this Court to enter an interim protective order to govern venue discovery. The parties do not expect venue-related discovery to involve source code or other confidential technical information. Nevertheless, because discovery may involve disclosure of personal information with respect to Apple employees or other non-technical information Apple may regard as confidential to its business, Apple has told Uniloc that it will not produce that information unless and until the Court enters a protective order.

So as not to give Apple an excuse to delay venue related discovery, Uniloc requests that this Court enter the Attached Interim Protective Order, which would allow a party to designate as "CONFIDENTIAL" any personal information of an Apple (or Uniloc) employee or any other confidential or proprietary information of the party.

1

The order would bar the recipient from disclosing that CONFIDENTIAL information to anyone other than outside counsel of record, and limit the use of that information to use for purposes of these actions.

The requested order is styled as interim, because it is expected to be superseded by a later protective order governing other aspects of discovery in this action, including source code, which may take a while to resolve.

Dated: August 16, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ James J. Foster*
　　　　　　　　　　　　　　　　　　　　Paul J. Hayes
　　　　　　　　　　　　　　　　　　　　phayes@princelobel.com
　　　　　　　　　　　　　　　　　　　　James J. Foster
　　　　　　　　　　　　　　　　　　　　jfoster@princelobel.com
　　　　　　　　　　　　　　　　　　　　Kevin Gannon
　　　　　　　　　　　　　　　　　　　　kgannon@princelobel.com
　　　　　　　　　　　　　　　　　　　　**PRINCE LOBEL TYE LLP**
　　　　　　　　　　　　　　　　　　　　One International Place - Suite 3700
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　Tel: (617) 456-8000
　　　　　　　　　　　　　　　　　　　　Fax: (617) 456-8100

　　　　　　　　　　　　　　　　　　　　Edward R. Nelson III
　　　　　　　　　　　　　　　　　　　　ed@nelbum.com
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00797142
　　　　　　　　　　　　　　　　　　　　Anthony M. Vecchione
　　　　　　　　　　　　　　　　　　　　anthony@nelbum.com
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24061270
　　　　　　　　　　　　　　　　　　　　**NELSON BUMGARDNER ALBRITTON PC**
　　　　　　　　　　　　　　　　　　　　3131 West 7th Street, Suite 300
　　　　　　　　　　　　　　　　　　　　Fort Worth, TX 76107
　　　　　　　　　　　　　　　　　　　　Tel: (817) 377-9111
　　　　　　　　　　　　　　　　　　　　Fax: (817) 377-3485

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR THE PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

A conference was held on August 10, 2018 between James J. Foster and John Guaragna, but they were unable to reach agreement because of a dispute whether this order should be held up to await agreement on other issues.

*/s/ James J. Foster*

## CERTIFICATE OF SERVICE

I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 16, 2018.

*/s/ James J. Foster*